PROB 12B
(7.93)
Report Date: December 12, 2011

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Billy Jo Gabble  Case Number: 2:03CR00089-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 11/14/2003  Type of Supervision:  Supervised Release

Original Offense: Possession With Intent to Distribute Over 500 Grams of Methamphetamine, 21 U.S.C. § 841(a)(1)  Date Supervision Commenced: 12/09/2011

Original Sentence: Prison - 120 Months;
TSR - 60 Months  Date Supervision Expires: 12/08/2016

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug tests per month.

Billy Jo Gabble was asked whether he would waive his right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Mr. Gabble has agreed to the proposed modifications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  12/12/2011

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Extension of Supervision as Noted Above
- [X] The Modification of Conditions as Noted Above
- [ ] Other

Signature of Judicial Officer

12/12/11
Date